# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ELLIOT HIGGINS,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIS RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00804 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO DISMISS CASE<br>[ECF No. 7]<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDERS<br><br>**FOURTEEN-DAY DEADLINE** |

Plaintiff Jonathan Elliot Higgins, ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action on June 10, 2016.

On August 3, 2016, Plaintiff filed a motion to dismiss Case No. 1:16-cv-00819 EPG as duplicative. Plaintiff is advised that since he wishes to dismiss Case No. 1:16-cv-00819 EPG, he must bring his motion in that case. Nevertheless, the docket in Case No. 1:16-cv-00819 EPG reflects that the Court has issued a Findings and Recommendation that the case be dismissed as duplicative. Therefore, the motion is moot.

On June 10, 2016, the Court issued an order directing Plaintiff to complete and return a consent/decline form within thirty days. Thirty days passed and Plaintiff failed to comply. The Court issued a second order on July 25, 2016, directing Plaintiff to complete and return a consent/decline form within thirty days. Again, thirty days passed and Plaintiff failed to comply.

1

On June 20, 2016, the Court issued an order directing Plaintiff to submit an application to proceed in forma pauperis or pay the filing fee within forty-five days. Over forty-five days have passed and Plaintiff has failed to comply.

Accordingly, IT IS HEREBY ORDERED:

1) Plaintiff's motion to dismiss Case No. 1:16-cv-00819 EPG is DENIED; and

2) Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to follow a Court order. Plaintiff shall file a response to this order within fourteen (14) days of the date of service.

<u>Failure to show cause, or failure to respond to this order, may result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: **August 23, 2016**          /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE