UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ELLIOTT HIGGINS,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIS RODRIGUEZ, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-00804-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SPECIAL CONSIDERATION OF HIS CASE<br><br>[ECF No. 21] |

    Plaintiff Jonathan Elliott Higgins is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    Plaintiff filed the instant action on June 10, 2016, and a first amended complaint June 24, 2016. A second amended complaint was lodged on October 31, 2016. On September 8, 2016, the action was reassigned from Magistrate Judge Dennis L. Beck to the undersigned.

    On January 9, 2017, Plaintiff filed a motion for special consideration of his case.

    The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are numerous prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts. Due to the heavy caseload, Plaintiff's complaint is still awaiting screening. The Court is aware of the pendency of this case and will screen

Plaintiff's complaint in due course. Accordingly, Plaintiff's motion for special consideration of his case is denied.

IT IS SO ORDERED.

Dated: __**January 11, 2017**__

UNITED STATES MAGISTRATE JUDGE