**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN ELLIOTT HIGGINS,<br><br>            Plaintiff,<br><br>      v.<br><br>LOUIS RODRIGUEZ, et al.,<br><br>            Defendants. | Case No.: 1:16-cv-00804-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION FOR SPECIAL CONSIDERATION OF HIS CASE AS DUPLICATIVE<br><br>[ECF No. 23] |

Plaintiff Jonathan Elliott Higgins is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on June 10, 2016, and a first amended complaint June 24, 2016. A second amended complaint was lodged on October 31, 2016. On September 8, 2016, the action was reassigned from Magistrate Judge Dennis L. Beck to the undersigned.

On January 9, 2017, Plaintiff filed a motion for special consideration of his case, and the motion was denied on January 11, 2017. On January 12, 2017, Plaintiff filed a second motion for special consideration, which is a duplicate of the first motion filed on January 9, 2017. Inasmuch as Plaintiff's motion was denied on January 9, 2017, the second motion filed on January 12, 2017, is denied as duplicative.

IT IS SO ORDERED.

Dated: **March 10, 2017**

UNITED STATES MAGISTRATE JUDGE

1